UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

REINNY JESUS LEON SUMALAVE,
241379997,

       Petitioner,

v.                                                CIVIL ACTION NO. 2:26cv121

JEFFREY CRAWFORD,
*ICA-Farmville Detention Center,*

And

RUSSELL HOTT,
*ICE Washington Field Office,*

       Respondents.

## REPORT & RECOMMENDATION FOR DISMISSAL

The court received and conditionally filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 submitted by pro se petitioner Reinny Jesus Leon Sumalave ("Petitioner" or "Sumalave"), along with a Motion for Leave to proceed in forma pauperis. (ECF Nos. 1, 2). The petition appears to challenge Sumalave's continued detention by the U.S. Immigration & Customs Enforcement (ICE) and seeks release from custody or in the alternative a bond hearing.

The matter was referred to the undersigned pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure.

1

By Order entered February 11, 2026, the court granted Petitioner's request to proceed in forma pauperis and directed Respondents to file an answer to the Petition. (ECF No. 5). On February 25, 2026, Respondents filed a Response in Opposition to the petition. (ECF No. 6). The court provided Notice to Sumalave of the Opposition and advised him that, if granted, all or some of his claims could result in dismissal. (ECF No. 8). The court received no response to the Notice or to the Opposition from Sumalave, and the time for responding expired.

On April 15, 2026, Respondents filed a Motion to Dismiss for Lack of Jurisdiction, a supporting brief, and Waiver of Oral Argument, alleging Petitioner has now been removed from the United Sates and is no longer in ICE custody. Their motion seeks to have the petition dismissed as moot. (ECF No. 9-11). On April 16, 2026, the court entered an Order to Show Cause directing Sumalave to show cause why the matter should not be dismissed as moot due to his release from ICE custody. (ECF No. 12). The Order advised Petitioner that failure to respond could result in the matter being submitted to the presiding district judge with a recommendation that it be dismissed as moot. On May 4, 2026, the order to Show Cause was returned to the court as undeliverable.

Petitioner has not advised the court of any change of address, relocation, deportation, or release from custody. In fact, the

2

court has received no communication from Petitioner since his original filing.

Accordingly, because it appears Sumalave has been deported, or released from custody, which would render his claims moot, the undersigned recommends that his petition be DISMISSED AS MOOT.

By copy of this report and recommendation, the Petitioner is notified that pursuant to 28 U.S.C. § 636(b)(1)(C):

1.    Any party may serve upon the other party and file with the Clerk written objections to the foregoing findings and recommendations within fourteen (14) days from the date this report is forwarded to the objecting party by Notice of Electronic Filing or mail, see 28 U.S.C. § 636(b)(1), computed pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. Rule 6(d) of the Federal Rules of Civil Procedure permits an extra three (3) days, if service occurs by mail. A party may respond to any other party's objections within fourteen (14) days after being served with a copy thereof. See Fed. R. Civ. P. 72(b)(2) (also computed pursuant to Rule 6(a) and (d) of the Federal Rules of Civil Procedure).

2.    A district judge shall make a de novo determination of those portions of this report or specified findings or recommendations to which objection is made.

Petitioner is further notified that failure to file timely objections to the findings and recommendations set forth above will result in a waiver of appeal from a judgment of this court

3

based on such findings and recommendations. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985); <u>Carr v. Hutto</u>, 737 F.2d 433 (4th Cir. 1984); <u>United States v. Schronce</u>, 727 F.2d 91 (4th Cir. 1984).

The Clerk is DIRECTED to mail a copy of this Report and Recommendation to the Petitioner at address on file with the court.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

May ___, 2026

4

## <u>Clerk's Mailing Certificate</u>

A copy of the foregoing was mailed this date to the Petitioner at the addresses listed below:

**Reinny Jesus Leon Sumalave**
#241379997
ICA-Farmville Detention Center
P.O. Box N
Farmville, VA 23901

And an electronic copy provided to:

**Matthew J. Mezger**
DOJ-USAO
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Fernando Galindo, Clerk

/s/ J.L. Meyers
By_____
Deputy Clerk

May 20
_____, 2026

5