UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

REINNY JESUS LEON SUMALAVE,
241379997,

        Petitioner,

v.                                        CIVIL ACTION NO. 2:26cv121

JEFFREY CRAWFORD,
*ICA-Farmville Detention Center,*

And

RUSSELL HOTT,
*ICE Washington Field Office,*

        Respondents.

## FINAL ORDER

This matter was initiated by Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed by pro se Petitioner Reinny Jesus Leon Sumalave ("Petitioner" or "Sumalave"). (ECF No. 1). The petition was also accompanied by a Motion for Leave to Proceed In Forma Pauperis, which the court granted. (ECF Nos. 2, 5). Sumalave's petition alleges he was an immigration detainee being housed at ICA-Farmville Detention Center. His petition seeks release from custody or in the alternative a bond hearing.

Respondent opposed and thereafter filed a Motion to Dismiss for Lack of Jurisdiction alleging Sumalave has now been removed from the United States and is no longer in ICE custody. (ECF Nos.

1

6, 9). By Order entered April 16, 2026, the court directed Sumalave to show cause why the matter should not be dismissed as moot due to his release from ICE custody. (ECF No. 12). The Order to Show Cause was returned to the court as undeliverable on May 4, 2026. (ECF No. 13). Sumalave has not advised the court of any change of address, relocation, deportation or release from custody.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. On May 20, 2026, the Magistrate Judge filed a Report and Recommendation recommending Sumalave's petition be dismissed as moot as a result of his deportation or release from custody. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. Sumalave's copy of the Report and Recommendation was returned to the court as undeliverable. The court has received no objections to the Report and Recommendation and the time for filing objections has now expired. In fact, the court has received no communication from Sumalave since the filing of his petition.

Accordingly, having reviewed the record, no party having objected, the court does hereby accept and adopt the findings and recommendations set forth in the Report and Recommendation filed

2

May 20, 2026, and it is therefore **ORDERED** that the Petition is **DISMISSED AS MOOT** as a result of Petitioner's departure or release from ICE custody.

Any party who intends to appeal this Final Order, must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.   Frayer v. Warden, FCI Beckley, No. 23-6054, 2023 WL 3268719, at *1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to all counsel for Respondent.

_____ /s/ _____

REBECCA BEACH SMITH,
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
June \_\_\_18\_\_, 2026

3